706

## Commonwealth v. Brown, Appellant.

Argued November 9, 1970. *Timothy L. McNickle,* for appellant; *Robert F. Banks,* First Assistant District Attorney, with him *Joseph H. Nelson,* District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.

## Commonwealth v. Brown, Appellant.

Submitted November 9, 1970. *Fred E. Baxter, Jr.,* Assistant Public Defender, and *George H. Ross,* Public Defender, for appellant; *Carol Mary Los,* Assistant District Attorney, and *Robert W. Duggan,* District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.

## Commonwealth v. Brown, Appellant.

Submitted November 10, 1970. *John J. Dean,* Assistant Public Defender, and *George H. Ross,* Public Defender, for appellant; *J. Kent Culley* and *Carol Mary Los,* Assistant District Attorneys, and *Robert W. Duggan,* District Attorney, for Commonwealth, appellee.

Order affirmed.